# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BIGLear JOBE STOUFFER, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-21-1000-F ) |
| SCOTT CROW, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

A status and scheduling conference will be held in courtroom <u>301</u> at 5:00 p.m. on November 8, 2021.  The parties should be prepared to discuss the setting of a hearing date and other matters relevant to preparation for a hearing on plaintiff's Motion for Stay of Execution, such as deadlines for listing of witnesses and exhibits and the need for discovery.

Plaintiff's counsel is **DIRECTED** to immediately serve this order on the Oklahoma Attorney General and the Solicitor General.

IT IS SO ORDERED this 29th day of October, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-1000p002.docx