# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BIGLER JOBE STOUFFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  Case No. CIV-21-1000-F |
| | ) |
| SCOTT CROW, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER RESETTING HEARING

The hearing on Plaintiff's Motion for Stay of Execution Pending Disposition of Plaintiff's Complaint Filed Herein Pursuant to 42 U.S.C. Section 1983 (doc. no. 6), Plaintiff's Supplemental Motion for Stay of Execution Pending Disposition of Plaintiff's Complaint Filed Herein Pursuant to 42 U.S.C. Section 1983 (doc. no. 39), and Plaintiff's Motion Requesting the Court to Take Judicial Notice of Materials Filed in *Glossip* (doc. no. 40) is **RESET** for 9:00 a.m. on November 22, 2021.

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

DATED this 18th day of November, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-1000p005.docx