**COURTROOM MINUTE SHEET**

DATE     11-23-2021

CIVIL NO.     CIV-21-1000     –F

Bigler Jobe Stouffer -vs- Scott Crow, et al.

COMMENCED   10:00     ENDED   10:55     TOTAL TIME   55 min.

PROCEEDINGS     Court's ruling on motion for stay of execution

JUDGE STEPHEN P. FRIOT     DEPUTY LORI GRAY     REPORTER TRACY THOMPSON

PLF COUNSEL     Gregory Laird, David Tank, Stephen Rafferty

DFT COUNSEL     Bryan Cleveland, Andy Ferguson

The court makes its ruling on Plaintiff's Motion for Stay of Execution (doc. no. 6) and Plaintiff's Supplemental Motion for Stay of Execution (doc. no. 39).

The motions are **DENIED**, as set out in detail on the record.

21-1000x008.docx