## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BIGLER JOBE STOUFFER,** | ) |
| | )    **Case No. 21-CV-1000-F** |
| **Plaintiff,** | ) |
| | ) |
| Vs. | ) |
| | ) |
| **SCOTT CROW, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF INTENT TO APPEAL

Notice is hereby given that BIGLER JOBE STOUFFER, Plaintiff, in the above referenced case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Minute Order Denying Plaintiff's Motion for Stay and Supplemental Motion for Preliminary Injunction entered in this action on November 23, 2021(Doc. No. 63).

Respectfully submitted this 23rd day of November, 2021 by

*s/ Gregory W. Laird*
Gregory W. Laird, OBA # 18093
Law Office of Gregory W. Laird
P.O. Box 52043
Tulsa, OK 74152
greglairdlaw@gmail.com
(405) 264-3553

COUNSEL FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

I certify that I electronically transmitted the attached document to the Clerk of Court using the EDF system for filing and transmittal for Notice of Electronic Filing to all counsel of record who are registered participants of the Electronic Case Filing System on this 23rd day of November 2021.

*/s Gregory W. Laird*
**Gregory W. Laird**