# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BIGLER JOBE STOUFFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-21-1000-F |
| ) | |
| SCOTT CROW, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER RE: CJA FUNDING FOR TRANSCRIPT

The court **FINDS** the plaintiff is financially unable to pay for a transcript of the hearing held in this case on November 22 and 23, 2021 and that the preparation of a transcript of those proceedings is an urgent necessity. Accordingly, the court **DETERMINES** that Criminal Justice Act funding is necessary and appropriate to pay the cost of an expedited transcript and that CJA funding shall be made available for that purpose.

IT IS SO ORDERED this 24th day of November, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-1000p009.docx