# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BIGLER JOBE STOUFFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-21-1000-F |
| ) | |
| SCOTT CROW, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER SETTING HEARING

Before the court is plaintiff's Emergency Motion for Injunctive Relief (doc. no. 77).

The motion is set for hearing at 8:00 a.m. on Thursday, December 9, 2021.

Counsel may appear by telephone. The courtroom deputy will send call-in information to counsel via email.

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

DATED this 8th day of December, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-1000p009.docx