# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BIGLER JOBE STOUFFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-21-1000-F |
| ) | |
| SCOTT CROW, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The court, having been notified by counsel for plaintiff that the relief sought in the Emergency Motion for Injunctive Relief filed this date (doc. no. 77) has been granted by agreement, **STRIKES** the hearing set for 8:00 a.m. on December 9, 2021, because the matter is moot.

DATED this 8th day of December, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-1000p010.docx